# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | HELENA S. FRANCESCHI | TELEPHONE: (212) 701-3000 | MARK LOFTUS | DARREN SILVER |
| HELENE R. BANKS | JOAN MURTAGH FRANKEL | WWW.CAHILL.COM | JOHN MacGREGOR | JOSIAH M. SLOTNICK |
| ANIRUDH BANSAL | JONATHAN J. FRANKEL | ⎯⎯⎯⎯⎯⎯⎯⎯ | BRIAN T. MARKLEY | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | SESI GARIMELLA |  | MEGHAN N. McDERMOTT | SUSANNA M. SUH |
| CHRISTOPHER BEVAN | ARIEL GOLDMAN | 1990 K STREET, N.W. | WILLIAM J. MILLER | ANTHONY K. TAMA |
| BROCKTON B. BOSSON | PATRICK GORDON | WASHINGTON, DC 20006-1181 | EDWARD N. MOSS | JOHN A. TRIPODORO |
| JONATHAN BROWNSON * | JASON M. HALL | (202) 862-8900 | JOEL MOSS | HERBERT S. WASHER |
| DONNA M. BRYAN | STEPHEN HARPER |  | NOAH B. NEWITZ | FRANK WEIGAND |
| EMEKA C. CHINWUBA | WILLIAM M. HARTNETT | CAHILL GORDON & REINDEL (UK) LLP | WARREN NEWTON § | MICHAEL B. WEISS |
| JOYDEEP CHOUDHURI * | CRAIG M. HOROWITZ | 20 FENCHURCH STREET | DAVID R. OWEN | DAVID WISHENGRAD |
| JAMES J. CLARK | TIMOTHY B. HOWELL | LONDON EC3M 3BY | JOHN PAPACHRISTOS | C. ANTHONY WOLFE |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | +44 (0) 20 7920 9800 | LUIS R. PENALVER | ELIZABETH M. YAHL |
| AYANO K. CREED | JAKE KEAVENY | ⎯⎯⎯⎯⎯⎯⎯⎯ | SHEILA C. RAMESH |  |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER |  | MICHAEL W. REDDY | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | RICHARD KELLY | WRITER'S DIRECT NUMBER | OLEG REZZY |  |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ |  | THOMAS ROCHER * | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | JOEL KURTZBERG |  | PETER J. ROONEY |  |
| ANASTASIA EFIMOVA | TED B. LACEY | (212) 701-3435 | THORN ROSENTHAL | ‡ ADMITTED IN DC ONLY |
| SAMSON A. ENZER | ALIZA R. LEVINE |  | TAMMY L. ROY |  |
| JAMES Z. FANG | JOEL H. LEVITIN |  | JONATHAN A. SCHAFFZIN | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| GERALD J. FLATTMANN JR. | GEOFFREY E. LIEBMANN |  | ANDREW SCHWARTZ |  |

April 23, 2024

Re: *Star Colbert* v. *Dougan, et al.*, No. 1:23-cv-07297-CM

Dear Judge McMahon:

We write on behalf of Defendants in the above-captioned matter. As the Court is aware, Plaintiff's counsel in this matter filed two related cases (*Schur* v. *Dougan*, No. 23-cv-10944; and *Hohimer Wealth Management LLC* v. *Dougan*, No. 23-cv-11138) during the pendency of the *Star Colbert* motion to dismiss, at which time the Court imposed a stay in both *Schur* and *Hohimer*. Defendants have never been served, or made appearances, in *Schur* or *Hohimer*.

We understand that, after the Court granted Defendants' motion to dismiss *Star Colbert* last month, Plaintiffs filed a letter on the dockets in the *Schur* and *Hohimer* matters advising that they intended to file amended complaints, without explaining why those new complaints would present any new issues, and that they recently proceeded to file two (substantially identical) amended complaints on the *Schur* and *Hohimer* dockets. As the Court may be aware, the amended complaints name a different set of Defendants than had been named in the original complaints (the amended complaints name some but not all of the original Defendants). Because Defendants have not been served with any complaint in the *Schur* and *Hohimer* actions and have not consented to accept service, and have not appeared by counsel, we did not receive through ECF or otherwise either Plaintiff's letter or this Court's Orders concerning the letter.

We have since learned of these filings. We of course do not wish to create undue delay and are prepared to move expeditiously. With the Court's permission, we would propose to obtain promptly from each of the Defendants named in the amended *Schur* and *Hohimer* complaints consent to accept service and appear on their behalf, and to move to dismiss the amended complaints. We would propose to obtain the required consents to accept service of the *Schur* and *Hohimer* amended complaints by no later than April 30, 2024, and then to move to dismiss on whatever schedule the Court requests. Given the Court's prior Orders, and the substantial

CAHILL GORDON & REINDEL LLP

-2-

similarity between these two cases and the case the Court already dismissed, we would be prepared to file motions to dismiss within one week of obtaining all consents to service.

                                                                       Respectfully submitted,

                                                                   /s/ Herbert S. Washer  
                                                                   Herbert S. Washer  
                                                                   Edward N. Moss  
                                                                   Jason M. Hall  
                                                                   Tammy L. Roy  
                                                                   Cahill Gordon & Reindel LLP  
                                                                   32 Old Slip  
                                                                   New York, NY 10005  
                                                                   212-701-3000

                                                                   *Counsel for Defendants*

The Honorable Colleen McMahon  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 24A  
New York, New York 10007

cc:     All Counsel of Record