**MANDATE**

23-cv-7297(CM)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand twenty-four,

_____

| | |
|---|---|
| Star Colbert, Assenagon Credit SubDebt and CoCo, Axiom Lux SICAV, Individually and on Behalf of Other Credit Suisse Group AG AT1 Bondholders, | **ORDER** <br> Docket No. 24-1073 |

     Plaintiff - Appellants,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 25 2024

Axiom European Financial Debt Fund Limited, Individually and on Behalf of Other Credit Suisse Group AG AT1 Bondholders,

     Plaintiff,

v.

Brady W. Dougan, Eric Varvel, James L. Amine, Timothy P. O'Hara, David Miller, Brian Chin, Christian Meissner, Thomas Gottstein, Robert S. Shafir, Lara J. Warner, Andreas Gottschling, Michael Klein, Noreen Doyle,

     Defendants - Appellees,

Gael de Boissard, Urs Rohner, Tidjane Thiam, Sir Antonio Horta-Osorio, Richard E. Thornburgh,

     Defendants.

_____

     The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

**MANDATE ISSUED ON 07/25/2024**

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit